**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2259

TIMOTHY GRIFFIN,

        Plaintiff - Appellant,

  v.

MAXIMUS, INC.,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:22-cv-00477-RJC-DCK)

Submitted:  April 25, 2023                      Decided:  April 27, 2023

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Timothy Griffin, Appellant Pro Se.  Jason V. Federmack, JACKSON LEWIS PC, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

    Timothy Griffin appeals the district court's order dismissing his amended complaint alleging employment discrimination under Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e et seq. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Griffin v. Maximus Inc.*, 3:22-cv-00477-RJC-DCK (W.D.N.C., Nov. 15, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*